**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| _____ | | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | Civil Case No. H-13-0423 |
| | § | |
| vs. | § | Adversary No. 12-3342 |
| | § | |
| PATRICIA D. SALVATO, M.D. and | § | |
| SEQUOIA COAST, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF THE REFERENCE**
**BY PATRICIA D. SALVATO M.D. AND SEQUOIA COAST, INC.**

The motion for withdrawal of the reference by Patricia D. Salvato, M.D. and Sequoia Coast Inc. is granted. The reference is withdrawn. The claims against Patricia D. Salvato M.D. and Sequoia Coast Inc. in the adversary proceeding will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge